FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUN - 6 2012

JAMES W. McCORMACK, CLERK
By:_____ DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No. 4:12CR 00150 KGB |
| ) | |
| v. ) | 18 U.S.C. § 922(g)(1) |
| ) | 18 U.S.C. § 924(c)(1)(A) |
| ARRYN GERRARD STALLINGS ) | 21 U.S.C. § 841(a)(1), (b)(1)(C), (b)(1)(D) |
| ) | 18 U.S.C. § 3583(b) |
| ) | 18 U.S.C. § 3571 |
| ) | 18 U.S.C. § 3013 |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1

On or about September 1, 2011, in the Eastern District of Arkansas, the defendant,

ARRYN GERRARD STALLINGS

knowingly and intentionally possessed with intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

### COUNT 2

On or about September 1, 2011, in the Eastern District of Arkansas, the defendant,

ARRYN GERRARD STALLINGS

knowingly and intentionally possessed with intent to distribute a mixture and substance containing a detectable amount of cocaine base a/k/a crack, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

### COUNT 3

On or about September 1, 2011, in the Eastern District of Arkansas, the defendant,

ARRYN GERRARD STALLINGS

knowingly and intentionally possessed with intent to distribute less than 50 kilograms of marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D).

## COUNT 4

On or about September 1, 2011, in the Eastern District of Arkansas, the defendant,

ARRYN GERRARD STALLINGS

did knowingly possess a firearm in furtherance of a drug trafficking crime prosecutable in a court of the United States, that is, possessing with intent to distribute a mixture and substance containing a detectable amount of cocaine, possessing with intent to distribute a mixture and substance containing a detectable amount of cocaine base, and possessing with intent to distribute less than 50 kilograms of marijuana, as set forth in Counts 1, 2, and 3 of this Indictment, in violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT 5

A.   Prior to September 1, 2011, in the Eastern District of Arkansas, the defendant,

ARRYN GERRARD STALLINGS

had previously been convicted as follows:

1.   In Kankakee County, Illinois, Circuit Court for unlawful possession of a controlled substance, in criminal case 95-CF-625.

B.   The crime set forth in paragraph A above was punishable by a term of imprisonment exceeding one year.

C.   On or about September 1, 2011, in the Eastern District of Arkansas,

ARRYN GERRARD STALLINGS

did knowingly possess at least one firearm in and affecting commerce, to wit, an AMT

Backup, .380 caliber semi-automatic pistol, bearing serial number A85631 and a Lorcin .25 caliber pistol, bearing serial number 141805, thereby violating Title 18, United States Code, Section 922(g)(1).

[End of Text. Signature page attached.]