IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA      )
                                    )
v.                                  )     No. 4:12CR00150 KGB
                                    )
ARRYN GERRARD STALLINGS    )

## MOTION TO REVOKE PRETRIAL RELEASE

Comes now the United States of America by and through its attorney Christopher R. Thyer, United States Attorney for the Eastern District of Arkansas and Stephanie Mazzanti, Assistant United States Attorney for said district and in support of its Motion to Revoke Pretrial Release states as follows:

1.      On June 6, 2012, the defendant was indicted for possession with intent to distribute cocaine, possession with intent to distribute cocaine base, possession with intent to distribute marijuana, possession of a firearm in furtherance of a federal drug trafficking crime, and being a felon in possession of firearms.  On June 19, 2012, an order was issued by United States Magistrate Judge Beth Deere setting defendant's conditions of release, including that the defendant must refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

2.      On December 13, 2012, the defendant admitted to smoking marijuana on December 12, 2012.

**WHEREFORE**, based on the defendant's violation of the Order pursuant to which he was released, the United States moves that the defendant appear before this Court to show cause why his conditions of release should not be revoked and why he should not be detained pending the trial in this matter.  As a change of plea hearing is set for today before United States District

Judge Kristine G. Baker, the United States is not requesting issuance of a separate summons and

will request a ruling on the motion during said hearing.

Respectfully Submitted,

CHRISTOPHER R. THYER
United States Attorney

/s/Stephanie Mazzanti
STEPHANIE MAZZANTI
AR Bar Number 2006298
Assistant U.S. Attorney
P. O. Box 1229
Little Rock, AR  72203
Telephone:  501-340-2600
E-mail: Stephanie.Mazzanti@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of December, 2012, a copy of the foregoing was sent
by electronic notification to defense counsel.

/s/Stephanie Mazzanti
STEPHANIE MAZZANTI