# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**UNITED STATES OF AMERICA**                                                  **PLAINTIFF**

**v.**                **Case No. 4:12CR00150-001 KGB**

**ARRYN GERRARD STALLINGS**                                    **DEFENDANT**

## AMENDMENT TO JUDGMENT & COMMITMENT ORDER

The Judgment & Commitment Order entered on May 7, 2013, is hereby amended to correct the District reflected in the style of the case (Dkt. No. 22). Due to a clerical error, the District should be changed from Western to Eastern District.

All other conditions contained in the original Judgment & Commitment Order remain in full force and effect.

IT IS SO ORDERED this 24th day of October, 2013.

                                             _/s/ Kristine G. Baker_
                                             KRISTINE G. BAKER
                                             UNITED STATES DISTRICT JUDGE